JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Kevin Simmons, | Case No.: 2:12-cv-06240-JFW-SS |
| Plaintiff, | **ORDER** |
| vs. | |
| Collection Bureau of America ; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed each party to bear its own attorney fees and costs.

Date: October 24, 2012

_____

Judge:  Hon. John F. Walter